# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 68.252.238.198,<br><br>　　Defendant. | Civil Case No. 1:22-cv-01176-RP |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 68.252.238.198, are voluntarily dismissed with prejudice.

Dated: March 30, 2023

Respectfully submitted,

By:  /s/ Paul S. Beik

Paul S. Beik
Beik Law Firm PLLC
917 Franklin Street, Suite 220
Houston, Texas  77002
Tel: (713) 869-6975
Fax: (713) 583-9169
paul@beiklaw.com
www.beiklaw.com

**ATTORNEY FOR PLAINTIFF,
STRIKE 3 HOLDINGS, LLC**

1